RECEIVED

FEB 14 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERMAN REYES JUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>MONMOUTH WIRE RECYCLING CO., INC., and SALVATORE MASSARO III, individually,<br><br>Defendants. | STIPULATION<br>OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No.: 3:17-07387-cv-PGS-LHG |

This matter, having been amicably resolved between the parties, it is hereby stipulated that all claims, in the above-captioned matter brought by Plaintiff GERMAN REYES JUAREZ, against Defendants, MONMOUTH WIRE RECYCLING CO., INC., and SALVATORE MASSARO III, individually, are dismissed with prejudice and without costs.

Respectfully submitted,

SO ORDERED: /s/ Peter␣␣Mhuda
DATED: 2/13/18

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New Jersey Bar No.: 022351993
**JAFFE GLENN LAW GROUP, P.A.**
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and via Electronic Mail.

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire

Via Email
Roshan Shah
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst New Jersey 07071 |
rshah@sh-law.com
P: 201-896-7173
F: 201-896-717